M.K.O.
8895 Towne Centre Drive, Suite 105, PMB 136
San Diego, CA 92122
(860) 479-1527
jensen661980@gmail.com

November 4, 2026

**VIA ADS (CM/ECF)**

Hon. Alex D. Silagi, U.S.M.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re:** ***M.K.O. v. Seton Hall University*, Civil Action No. 2:26-cv-09341 (SDW)(ADS)**
**Request for Conditional Stay and Leave to Supplement, Motion to Proceed Under Initials (ECF No. 22)**

Dear Judge Silagi:

I write about my motion to proceed under initials (ECF No. 22), which is fully briefed (ECF Nos. 31, 32). I ask for two things. *First*, if the Court denies the motion, I ask that the order keep the case captioned in initials, and defer any deadline to refile under my name, until the fourteen-day period to appeal under Local Civil Rule 72.1(c)(1)(A) has run and, if I appeal, until Judge Wigenton decides the appeal. *Second*, I ask leave to file a supplemental submission of no more than three pages, limited to authority my papers did not cite.

A stay preserves the relief an appeal could give. Once my name is on the public docket, no later ruling can take it off, and an appeal would be moot the day the order took effect. A stay costs Defendant nothing. Defendant knows who I am, the case would proceed on the existing schedule, and the only thing deferred is the caption.

The supplemental submission would address authority that protects the identity of minors in the underlying record: Federal Rule of Civil Procedure 5.2(a)(3) and N.J.S.A. 2A:82-46, which keeps a minor victim's identity out of public records and lets a court impose further restrictions on disclosure. My papers addressed my own interests under the factors in *Doe v. Megless*, 654 F.3d 404 (3d Cir. 2011). They did not address these third-party interests. The submission would not reargue whether information is already public. Any fact connecting this case to another record I would offer only through a sealed declaration under Local Civil Rule 5.3, delivered to the Clerk in paper rather than through ADS. I thank the Court for considering these requests.

Respectfully submitted,

M.K.O.

M.K.O., Plaintiff Pro Se

cc: Patrick Papalia, Esq., and Ryan M. Paff, Esq., counsel for Defendant (via ECF and email)